EITINGON SCHILD Co., INC., et al., Appellants, *v.* NIKSAL PLAZA, INC., Respondent.

(Submitted March 14, 1934; decided April 17, 1934.)

*George P. Halperin* and *Murray H. Marker* for appellants.

*Harold M. Edwards* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.   Not sitting: KELLOGG, J.